United States District Court
Southern District of Texas
**ENTERED**
November 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-17-175 |
| | § | |
| 0.276 ACRES OF LAND, MORE OR LESS, | § | |
| ET AL. | § | |

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:     N/A
   *Furnish a copy of this scheduling order to new parties.*

3. The Initial Reports from experts are due on:     June 1, 2018
   Supplemental Reports from experts are due on:     July 13, 2018

4. Discovery must be completed by:     September 7, 2018

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

5. Dispositive Motions will be filed by:     August 3, 2018
   Response due by:     August 17, 2018

   Non-Dispositive Motions will be filed by:     September 7, 2018

************************   The Court will provide these dates.   ************************

6. Joint pretrial order is due:     September 21, 2018

   *The plaintiff is responsible for filing the pretrial order on time.*

7. Final Pretrial Conference is set for 1:30 p.m. on:     October 2, 2018

8. Jury Selection is set for 9:00 a.m. on:*     October 4, 2018

*Counsel to do voir dire.

The case will remain on standby until tried.

Signed this 28th day of November, 2017.

Andrew S. Hanen
United States District Judge

XC: ALL COUNSEL OF RECORD